Alexander W. Saingchin
Bethany Y. Li (admitted *pro hac vice*)
**ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (p), 212-966-4303 (f)

Kathy Hirata Chin (admitted *pro hac vice*)
Lauren U. Y. Lee (admitted *pro hac vice*)
Maria Gall (admitted *pro hac vice*)
Keala F. Chan (admitted *pro hac vice*)
**CADWALADER, WICKERSHAM & TAFT**
1 World Financial Center
New York, NY 10281
212-504-6000 (p), 212-504-6666 (f)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Nicole Ryu, Sun Sook Hwang, Hyang Mi Kim, and Dong Geul Yang,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>Ji Ji Nails, Inc., Myung Sook Mun, Mi Yong Mun, ABC Corporation, and John Does 1-5,,<br><br>                              Defendants. | No. 09-CV-3773 (WSM-ES)<br><br>**NOTICE OF APPEARANCE** |

TO:  THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in these proceedings as counsel of record for Plaintiffs Sun Sook Hwang, Hyang Mi Kim, and Dong Geul Yang.

    The undersigned hereby certifies that she is admitted to practice before this court.

Dated: July 20, 2010                  s/  Aparna Garg_____

                                             Aparna Garg