Alexander W. Saingchin
Bethany Y. Li (admitted *pro hac vice*)
**ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (p), 212-966-4303 (f)

Kathy Hirata Chin (admitted *pro hac vice*)
Lauren U. Y. Lee (admitted *pro hac vice*)
Maria Gall (admitted *pro hac vice*)
Keala F. Chan (admitted *pro hac vice*)
**CADWALADER, WICKERSHAM & TAFT**
1 World Financial Center
New York, NY 10281
212-504-6000 (p), 212-504-6666 (f)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Nicole Ryu, Sun Sook Hwang, Hyang Mi Kim, and Dong Geul Yang,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>Ji Ji Nails, Inc., Myung Sook Mun, Mi Yong Mun, ABC Corporation, and John Does 1-5,,<br><br>                              Defendants. | No. 09-CV-3773 (WSM-ES)<br><br>**CERTIFICATE OF SERVICE** |

I, **Aparna Garg**, hereby certify under the penalty of perjury that:

    1.  I am associated with the law firm of the Asian American Legal Defense and Education Fund, attorneys for Plaintiffs Sun Sook Hwang, Hyang Mi Kim, and Dong Geul Yang in the above-captioned matter.

2.  On this date, I filed a true and correct copy of the Notice of Appearance (of Aparna Garg) with the Court via CM/ECF system thereby effectuating service upon all counsel of record via electronic means.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: July 20, 2010                           s/  Aparna Garg_____

                                               Aparna Garg